UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: PANERA DATA SECURITY LITIGATION | |
| This Document Relates To: All Cases | Master File No. 4:24-cv-00847 |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiffs Samantha Baldwin, Matthew Baldwin, Thomas Jones, Messiah Jordan Weddle, Gracelyn Donovan, Sydney Hollis, Robyn Campbell, Amanda Pharr, Forrest Cooley and Taslima Aktar ("Representative Plaintiffs") and Defendant Panera, LLC ("Panera"), by and through their undersigned counsel, hereby submit this joint notice of settlement and motion to stay all case deadlines pending a decision on plaintiffs' forthcoming motions for preliminary and final approval of such settlement.

On December 18, 2024, the parties participated in a mediation before mediator Jill Sperber of Judicate West, and since that time have continued discussions toward a potential resolution of this action.

As of the date of this joint notice, the parties have reached a settlement agreement to resolve this action with respect to the Representative Plaintiffs and a proposed settlement class. The parties anticipate that within 14 days of the date of this notice and motion, plaintiffs will file a motion for preliminary approval of the parties' settlement agreement.

Accordingly, the parties hereby move for a stay of all case deadlines, including, but not limited to, Panera's deadline to respond to the Consolidated Complaint (ECF No. 20), until such time as the Court determines whether to grant final approval of the parties' settlement agreement.

1

Date:   April 25, 2025                           Respectfully submitted,

/s/ *Daniel M. Kavouras*
Lisa M. Ghannoum #0080950OH
Daniel M. Kavouras #0089773OH
Andrew J. Thompson #0103783OH
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland. Ohio 44114-1214
Telephone:    (216) 621-0200
Facsimile:    (216) 696-0740
Emails:       *lghannoum@bakerlaw.com*
              *dkavouras@bakerlaw.com*
              *anthompson@bakerlaw.com*

*Counsel for Defendant Panera, LLC*

 /s/*M. Anderson Berry*
M. Anderson Berry (pro hac vice)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916.239.4778
Fax: 916.924.1829
Email: *aberry@justice4you.com*

Ryan D. Maxey
**MAXEY LAW FIRM, P.A.**
107 N. 11th St., #402
Tampa, Florida 33602
Tel: (813) 448-1125
Email: *ryan@maxeyfirm.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to E.D.Mo. L.R. 2.12, the undersigned hereby certifies that on April 25, 2025, a copy of the foregoing was filed using the Court's electronic filing system and by operation thereof served upon counsel to all parties.

/s/ *Daniel M. Kavouras*
Daniel M. Kavouras

*Counsel for Defendant Panera, LLC*